**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
WILLIE B HUNTER

Chapter 13

Debtor

**Bankruptcy No.** 18-16029-MDC

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 19, 2019

_____  
Magdeline D. Coleman  
Chief Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
DONALD WILLIFORD  
114 RADCLIFFE STREET

BRISTOL, PA 19007

Debtor:  
WILLIE B HUNTER

30 ROUNDABOUT LANE

LEVITTOWN, PA 19055